UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DENNIS T. FONTENOT** | * | CIVIL ACTION |
| | * | |
| Plaintiff, | * | NO. 1:13-CV-03094 |
| | * | |
| **VERSUS** | * | JUDGE DRELL |
| | * | |
| **CENTENNIAL COMMUNICATIONS CORPORATION, D/B/A CINGULAR WIRELESS PCS, LLC FORMERLY D/B/A CENTENNIAL BEAUREGARD CELLULAR, LLC AND AT&T CORPORATION** | * * * * * | MAGISTRATE JUDGE KIRK |
| Defendants. | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Dennis T. Fontenot, Jr. ("Plaintiff"), and Defendant, Verizon Wireless Personal Communications LP ("Defendant"), the successor in interest of Defendant Centennial Communications Corporation, formerly D/B/A Cingular Wireless and Centennial Beauregard Cellular, LLC, and, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), submit this Stipulation of Dismissal as to this lawsuit and any claims asserted by Plaintiff therein.  Plaintiff and Defendant further stipulate that the dismissal is with prejudice, with the parties to bear their own costs and attorney's fees.

1

**Respectfully submitted**,

**BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

s/ Christopher G. Morris
Phyllis G. Cancienne T.A. (19605)
Christopher G. Morris (28847)
M. Levy Leatherman (33235)
Chase North Tower
450 Laurel Street, 20th Floor
Baton Rouge, Louisiana 70825
Telephone:  (225) 381-7000
Facsimile:  (225) 343-3612
Email: pcancienne@bakerdonelson.com
Email: cmorris@bakerdonelson.com
Email: lleatherman@bakerdonelson.com

*ATTORNEYS FOR DEFENDANT*

-and-

**BROUSSARD HOLCOMB & VIZZIER**

s/Daniel E Broussard , Jr
Daniel E. Broussard, Jr. (3510)
P.O. Box 1311
Alexandria, LA 71309
Telephone:  318-487-4589
Fax:  318-445-8502
Email: deb@bhvlaw.com

*ATTORNEY FOR DENNIS T. FONTENOT*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2014, I have served a copy of the above and foregoing Stipulation of Dismissal With Prejudice with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

s/  Christopher G. Morris
CHRISTOPHER G. MORRIS

2