RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 9/26/14
       mB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| DENNIS T. FONTENOT | * | CIVIL ACTION |
| --- | --- | --- |
| Plaintiff, | * | NO. 1:13-CV-03094 |
| VERSUS | * | JUDGE DRELL |
| CENTENNIAL COMMUNICATIONS CORPORATION, D/B/A CINGULAR WIRELESS PCS, LLC FORMERLY D/B/A CENTENNIAL BEAUREGARD CELLULAR, LLC AND AT&T CORPORATION | * | MAGISTRATE JUDGE KIRK |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JUDGMENT

THIS MATTER is before the Court on the Stipulation of Dismissal filed by the parties pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly,

IT IS HEREBY ORDERED that this lawsuit be and is hereby dismissed with prejudice, with each party to bear its own costs and attorney's fees.

DONE AND SIGNED this 26 day of September, 2014 in chambers in Alexandria, Louisiana.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1